1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW PAUL SILVAS, III** ) | Case No. CIV-08-1571 EFB |
| ) | |
| **Plaintiff,** ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| **Defendant.** ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 17, 2009 to May 26, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through mid May of 2009.

/ / / /

/ / / /

/ / / /

1

y

Dated: February 17, 2009  
                                                */s/Bess M. Brewer*  
                                                BESS M. BREWER  
                                                Attorney at Law

                                                Attorney for Plaintiff

Dated: February 17, 2009                   Lawrence G. Brown

                                              Acting United States Attorney

                                               /s/ *Sarah Lynn Ryan*  
                                               SARAH LYNN RYAN  
                                               Special Assistant U.S. Attorney  
                                               Social Security Administration

                                               Attorney for Defendant

**ORDER**

      Given the length of the extension granted herein, the court is not inclined to grant further extensions of time for plaintiff to move for summary judgment.

SO ORDERED.

DATED: February 18, 2009.

                                          EDMUND F. BRENNAN  
                                          UNITED STATES MAGISTRATE JUDGE