1    BESS M. BREWER, #100364
      LAW OFFICE OF
2    BESS M. BREWER & ASSOCIATES
      P.O. Box 5088
3    Sacramento, CA 95817
      Telephone: (916) 454-3111
4    Facsimile: (916) 454-3131

5    Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW PAUL SILVAS, III** ) | Case No. CIV-08-1571 EFB |
| ) | |
| **Plaintiff,** ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| **v.** ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| **Defendant.** ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from May 26, 2009 to June 22, 2009. This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule and need to arrange for and attend the May 26, 2009, funeral of a very close family friend.

/ / / /

/ / / /

/ / / /

1

Dated: May 27, 2009     */s/Bess M. Brewer*
                        BESS M. BREWER
                        Attorney at Law

                        Attorney for Plaintiff


Dated: May 28, 2009     Lawrence G. Brown

                        Acting United States Attorney

                         /s/ *Sarah Lynn Ryan*
                        SARAH LYNN RYAN

                        Special Assistant U.S. Attorney
                        Social Security Administration

                        Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 29, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2