1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW PAUL SILVAS, III** | Case No. CIV-08-1571 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended to June 26, 2009.   This extension is required due to Plaintiff's counsel's unrealistic due date give her extremely crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: June 24, 2009 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | | |
| 6 | Dated: June 24, 2009 | Lawrence G. Brown |
| 7 | | Acting United States Attorney |
| 8 | | /s/ *Sarah Lynn Ryan* by *Elizabeth Firer*<br>SARAH LYNN RYAN |
| 9 | | Special Assistant U.S. Attorney<br>Social Security Administration |
| 10 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 29, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2